

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 18 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/18/2015**                                                        **COA No. 12-14-00201-CR**
**LEWIS, CEDRICK BERNARD    Tr. Ct. No. 31189**          **PD-1115-15**
On this day the Appellant's Pro Se motion for the Court of Criminal Appeals to provide a free copy of the appellate record is denied.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *